MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gary R. Olson,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>    Defendant | Case No. 2:25-cv-00305-RFB-EJY<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | Hall & Evans, LLC |
| /s/ | /s/ |
| MITCHELL D. GLINER, ESQ.<br>Nevada Bar No. 003419<br>3017 W. Charleston Blvd. # 95<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>1160 North Town Center Drive<br>Ste. 330<br>Las Vegas, Nevada 89144<br>Attorneys for Defendant |

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE